AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE MIDDLE District of ALABAMA

THE PAUL REVERE LIFE INSURANCE COMPANY

V.

ZEV-DAVID NASH, M.D.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06CV1029-MEF

TO: (Name and address of Defendant)

Zev-David Nash, M.D.
P.O. Box 13861
Birmingham, Alabama 35202

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John S. Johnson, Esq.
HAND ARENDALL, LLC
2001 Park Place North
Suite 1200
Birmingham, Alabama 352-03

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                    11/17/06
CLERK                                                DATE

V. Austin
(By) DEPUTY CLERK