**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Zev-David Nash, M.D.
P.O. Box 13861
Birmingham, Alabama  35202

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Zev-David Nash
C. Date of Delivery: 11/21/06

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

06 CV 1029
S+ C

3. Service Type
☒ Certified Mail      ☐ Express Mail
☐ Registered          ☒ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☒ Yes

2. Article Number (Transfer from service label): 7003 1680 0004 6043 9986

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Postmark: BIRMINGHAM, AL, NOV 21 2006, USPS