IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE PAUL REVERE LIFE INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| ZEV-DAVID NASH, | ) ) ) |
| Defendant. | ) |

CASE NO. 2:06cv1029-MEF

## MOTION FOR ENLARGEMENT OF TIME TO ANSWER COMPLAINT

COMES NOW the Defendant Zev-David Nash, M.D., and pursuant to Rule 6(b), Federal Rules of Civil Procedure, requests this Honorable Court to extend the Defendant's deadline to Answer the Plaintiff's Complaint to February 9, 2007, on the following grounds:

1. Plaintiff served its Complaint upon Defendant on November 21, 2006.

2. Counsel for both parties are discussing a potential resolution of this matter.

3. No party will be prejudiced by an extension.

4. Plaintiff does not object to the requested extension.

5. Extending the deadline for Defendant to Answer will provide additional time for the parties to attempt to resolve this dispute.

WHEREFORE, PREMISES CONSIDERED, Defendant Zev-David Nash, M.D. respectfully requests this Honorable Court to extend the deadline for the Defendant to file an Answer to February 9, 2007.

Respectfully submitted this the  11th   day of December, 2006.

                                                           s/ C. MARK BAIN
                                                           James E. Williams (WIL071)
C. Mark Bain (BAI060)
Attorneys for Defendant Zev-David Nash
Melton, Espy & Williams, PC
255 Adams Avenue
Montgomery, AL 36104
Telephone: (334) 263-6621
Facsimile: (334) 263-7252
mbain@mewlegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 11th  day of December, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notice of such filing to the following:

| | |
|---|---|
| John S. Johnson | Henry T. Morrissette |
| Hand Arendall, LLC | Hand Arendall, LLC |
| 1200 Park Place Tower | PO Box 123 |
| 2001 Park Place North | Mobile, AL 36601 |
| Birmingham, AL 35203 | hmorrissette@handarendall.com |
| jjohnson@handarendall.com | |

                                                          s/ C. MARK BAIN
James E. Williams (WIL071)
C. Mark Bain (BAI060)
Attorneys for Defendant Zev-David Nash
Melton, Espy & Williams, PC
255 Adams Avenue
Montgomery, AL 36104
Telephone: (334) 263-6621
Facsimile: (334) 263-7252
mbain@mewlegal.com