IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE PAUL REVERE LIFE INSURANCE COMPANY, ) ) ) Plaintiff, ) ) v. ) ZEV-DAVID NASH, ) ) ) Defendant. ) | CASE NO. 2:06-cv-1029-MEF |

## **O R D E R**

Upon consideration of the defendant's Motion for Enlargement of Time to Answer Complaint (Doc. #4) filed on December 11, 2006, it is hereby

ORDERED that the motion is GRANTED in part and DENIED in part. The answer to the complaint shall be filed on or before January 19, 2007.

DONE this the 14th day of December, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE