IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE PAUL REVERE LIFE INSURANCE COMPANY, ) ) ) Plaintiff, ) v. ) ) ZEV-DAVID NASH, M.D., *et al.*, ) ) Defendants. ) | CASE NO. 2:06-cv-1029-MEF |

# **O R D E R**

The court has been notified by the parties that the dispute in the above-referenced case has been resolved. Accordingly, it is hereby

ORDERED that the parties file a joint stipulation of dismissal on or before March 30, 2007.

DONE this the 13th day of March

                    /s/ Mark E. Fuller
                    CHIEF UNITED STATES DISTRICT JUDGE