IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE PAUL REVERE LIFE INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CASE NO. 2:06-cv-01029-MEF-SRW ) |
| ZEV-DAVID NASH, M.D., | ) ) |
| Defendant. | ) |

### JOINT MOTION TO EXTEND DEADLINE

COME NOW the parties and jointly file this motion to extend the deadline set forth in this Court's Order dated March 13, 2007 (Doc. No. 9). In that Order, the Court directed the parties to file a joint stipulation of dismissal on or before March 30, 2007.

The parties have reached an agreement as to settlement and are trying to finalize one issue of the terms of the Settlement Agreement. Therefore, the parties request that this Honorable Court extend the deadline from March 30, 2007 to April 6, 2007.

Respectfully submitted this 30th day of March, 2007.

ATTORNEYS FOR PLAINTIFF THE
PAUL REVERE LIFE INSURANCE
COMPANY

/s/ Henry T. Morrissette
HENRY T. MORRISSETTE

OF COUNSEL:
HAND ARENDALL, L.L.C.
Post Office Box 123
Mobile, Alabama 36601
Telephone: (251) 432-5511
Facsimile: (251) 694-6375
hmorrissette@handarendall.com

<div style="display:flex">

**OF COUNSEL:**
HAND ARENDALL, L.L.C.
1200 Park Place Tower
2001 Park Place North
Birmingham, Alabama 35203
Telephone: (205) 324-4400
Facsimile: (205) 397-1307
jjohnson@handarendall.com

JOHN T. JOHNSON

</div>

ATTORNEY FOR DEFENDANT
ZEV-DAVID NASH

/s/ James E. Williams
JAMES E. WILLIAMS

OF COUNSEL:

Melton, Espy & Williams, P.C.
Post Office Drawer 5130
Montgomery, AL 36103-5130
(334) 263-6621
jwilliams@mewlegal.com

604761