**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style:  The Paul Revere Life Insurance Company v. Nash

Case Number:   2:06-cv-01029-MEF

Referenced Pleading:   Joint MOTION for Extension of Deadline  - Doc. 10

This Notice of Correction was filed in the referenced case this date to correct the PDF documents attached to this notice.  Please see the correct PDF documents to this notice.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE PAUL REVERE LIFE INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ZEV-DAVID NASH, M.D., )<br>)<br>Defendant. ) | CASE NO. 2:06-cv-01029-MEF-SRW |

## JOINT MOTION TO EXTEND DEADLINE

COME NOW the parties and jointly file this motion to extend the deadline set forth in this Court's Order dated March 13, 2007 (Doc. No. 9). In that Order, the Court directed the parties to file a joint stipulation of dismissal on or before March 30, 2007.

The parties have reached an agreement as to settlement and are trying to finalize one issue of the terms of the Settlement Agreement. Therefore, the parties request that this Honorable Court extend the deadline from March 30, 2007 to April 6, 2007.

Respectfully submitted this 30th day of March, 2007.

ATTORNEYS FOR PLAINTIFF THE
PAUL REVERE LIFE INSURANCE
COMPANY

/s/ Henry T. Morrissette
HENRY T. MORRISSETTE

OF COUNSEL:
HAND ARENDALL, L.L.C.
Post Office Box 123
Mobile, Alabama 36601
Telephone: (251) 432-5511
Facsimile: (251) 694-6375
hmorrissette@handarendall.com

**OF COUNSEL:**
HAND ARENDALL, L.L.C.
1200 Park Place Tower
2001 Park Place North
Birmingham, Alabama 35203
Telephone: (205) 324-4400
Facsimile: (205) 397-1307
jjohnson@handarendall.com

JOHN T. JOHNSON

ATTORNEY FOR DEFENDANT
ZEV-DAVID NASH

/s/ James E. Williams
JAMES E. WILLIAMS

OF COUNSEL:

Melton, Espy & Williams, P.C.
Post Office Drawer 5130
Montgomery, AL 36103-5130
(334) 263-6621
jwilliams@mewlegal.com

604761