IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |  | |
|---|---|---|---|
| THE PAUL REVERE LIFE INSURANCE COMPANY, | ) ) ) | | |
| Plaintiff, | ) | | |
| v. | ) ) | CASE NO. 2:06-cv-1029-MEF | |
| ZEV-DAVID NASH, M.D., *et al.,* | ) ) | | |
| Defendants. | ) | | |

## **O R D E R**

Upon consideration of the Joint Motion to Extend Deadline (Doc. #10) filed on March 30, 2007, it is hereby

ORDERED that the motion is GRANTED to and including April 6, 2007.

DONE this the 4th day of April, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE