IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE PAUL REVERE LIFE INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO. 2:06-cv-01029-MEF-SRW ) |
| ZEV-DAVID NASH, M.D., | ) ) |
| Defendant. | ) |

## JOINT MOTION FOR DISMISSAL

Plaintiff and Defendant in the above-styled cause move this Honorable Court for entry of an order dismissing the claims filed by Plaintiff against Defendant with prejudice, each party to bear its or his own costs. The parties would show unto this Honorable Court that they have reached a full and final compromise and settlement of this dispute.

Respectfully submitted this 5th day of April, 2007.

                                                    ATTORNEYS FOR PLAINTIFF THE
                                                    PAUL REVERE LIFE INSURANCE
                                                    COMPANY

                                                    */s/ Henry T. Morrissette*
                                                    HENRY T. MORRISSETTE

**OF COUNSEL:**
HAND ARENDALL, L.L.C.
Post Office Box 123
Mobile, Alabama 36601
Telephone: (251) 432-5511
Facsimile: (251) 694-6375
hmorrissette@handarendall.com

<table>
<tr><td>

**OF COUNSEL:**
HAND ARENDALL, L.L.C.
1200 Park Place Tower
2001 Park Place North
Birmingham, Alabama 35203
Telephone: (205) 324-4400
Facsimile: (205) 397-1307
jjohnson@handarendall.com

</td><td>

JOHN T. JOHNSON

ATTORNEY FOR DEFENDANT
ZEV-DAVID NASH

/s/James E. Williams
JAMES E. WILLIAMS

</td></tr>
</table>

OF COUNSEL:

Melton, Espy & Williams, P.C.
Post Office Drawer 5130
Montgomery, AL 36103-5130
(334) 263-6621
jwilliams@mewlegal.com

603371